THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN THOMAS PERRY, Appellant.—

No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.

ALICE L. SULAHIAN, Respondent, v. LEON N. SULAHIAN, Appellant.

No opinion. Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ., concur.

(October 24, 1955.)

HARRY LEFF, Appellant, v. THORNTON J. MEACHAM, JR., et al., Respondents.—

Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.